**94–346.** Cook v. Wineberry Deli, Inc. *Summit County,* No. 16349. On motion for stay. Motion granted.

Moyer, C.J., Wright and Pfeifer, JJ., dissent.

On motion to consolidate with 93–636, *Cook v. Wineberry Deli, Inc.,* Summit County, No. 15694. Motion granted.

Moyer, C.J., Wright and Pfeifer, JJ., dissent.

**94–404.** Haynes v. Zoological Soc. of Cincinnati. *Hamilton County,* Nos. C–910598 and C–910635. On motion for stay. Motion denied.

Moyer, C.J., Wright and Resnick, JJ., dissent.

## DISCIPLINARY DOCKET

**93–433.** Disciplinary Counsel v. O'Leary. On response to show cause order. Joseph J. O'Leary is found in contempt. On motion for stay. Motion denied.

**93–704.** In re O'Leary. On response to contempt order. Joseph O'Leary is found in contempt.

Moyer, C.J., Douglas and F.E. Sweeney, JJ., would also incarcerate the contemnor until he purges himself.

Pfeifer, J., would take no action at this time.

**93–1303.** Disciplinary Counsel v. Carpenter. On affidavit of compliance. Stay granted pending respondent's release.

Pfeifer, J., would waive the costs.

**94–531.** In re Sauter. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), Mark S. Sauter of Cincinnati, Ohio, Attorney Registration No. 0033014, is indefinitely suspended from the practice of law; *sua sponte,* this cause is referred to the Cincinnati Bar Association for investigation and further proceedings.